ALLICIA B. TOMOLO, ESQ.
SBN 12116
3080 South Durango Drive, Ste 207
Las Vegas, Nevada 89117
Telephone: (702) 946-8440
Fax: (702) 946-1035
abtomolo@gmail.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Rica Farmer,

    Plaintiff,

vs.

Sentry Recovery and Collections, Inc.

    Defendant.

Case No. 2:18-cv-00473

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS RESPONSE TO PLAINTIFF'S COMPLAINT**

## STIPULATION

Plaintiff, Rica Farmer ("Plaintiff") and Defendant, Sentry Recovery and Collections, Inc. ("Defendant"), and by and through their respective counsel, hereby stipulate and agree as follows:

1. On March 15, 2018 Plaintiff filed a Complaint in the above entitled action ("Complaint").

2. Defendant was served with the Complaint on March 21, 2018.

3. The Complaint was based on facts and allegations of an underlying debt collection action ("Collection Case") that was filed by Defendants against the Plaintiff in Las Vegas Justice Court and identified as Case No. 17C013320 filed on June 26, 2017.

8. In an effort to attempt to resolve this action and to mitigate any further expenditure of time and costs, Plaintiff and Defendant have stipulated and agreed to extend the allowable time for Defendant to file a responsive pleading through May 1, 2018.

9. Defendants have requested the foregoing extension, and Plaintiff has agreed to that request.

10. This is the first request for an extension of this deadline made by the parties.

**DATED** this 26th day of April 2018.

| | |
|---|---|
| Allicia B. Tomolo, Esq. | KAZEROUNI LAW GROUP, APC |
| By:/s/ Allicia B. Tomolo, Esq. <br> ALLICIA B. TOMOLO, ESQ. <br> State Bar No: 265696 <br> 3080 South Durango Drive, Suite 207 <br> Las Vegas, NV 89117 <br> (702) 946-8440 <br> (702) 946-1035 Fax | By: /s/ Michael Kind, Esq. <br> Michael Kind, Esq. <br> State Bar No: 13903 <br> 6069 South Ft. Apache Road, #100 <br> Las Vegas, NV 89147 <br> (702) 400-6808 x7 <br> mkind@kazlg |
| Attorney for Defendant. <br> Sentry Recovery and Collections, Inc. | Attorney for Plaintiff. |

**ORDER**

IT IS SO ORDERED.

Dated: May 1, 2018

_____
UNITED STATES MAGISTRATE JUDGE